# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 17-2043

———————————————

Jeffrey Paul Miller

*Plaintiff - Appellant*

v.

Nancy A. Berryhill, Acting Commissioner of Social Security

*Defendant - Appellee*

——————

Appeal from United States District Court
for the Western District of Missouri - Jefferson City

——————

Submitted: February 7, 2018
Filed: February 12, 2018
[Unpublished]

——————

Before GRUENDER, BOWMAN, and KELLY, Circuit Judges.

——————

PER CURIAM.

Jeffrey Paul Miller appeals the order of the district court[1] affirming the Commissioner's denial of disability insurance benefits and supplemental security

———————————————

[1] The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

income.  For reversal, Miller contends that the ALJ (1) did not give sufficient weight to the cognitive problems caused by his diabetes and joint pain; (2) erred in not according controlling weight to his treating physician's assessment; (3) did not accord sufficient weight to the effects of his musculoskeletal impairments; and (4) erred in determining he could perform unskilled light work.  Following careful review of the parties' submissions and the record before us, we conclude that the ALJ's determinations are supported by substantial evidence on the record as a whole, and that Miller's arguments do not support reversal.  See Andrews v. Colvin, 791 F.3d 923, 928 (8th Cir. 2015).  Accordingly, we affirm the district court's judgment.  See 8th Cir. R. 47B.

_____